YVONNE S. KNOX v. GORDON KNOX.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs, with leave to the defendant to answer the complaint herein within five days after service of the

order, with notice of entry thereof, on payment of said costs and the costs awarded by the order of this court entered herein on June 1, 1948. Present — Glennon, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *ante,* p. 753.]